Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

ANITA HOWELL, Respondent, v. ALPHONSE CHRISTLIEB et al., Defendants, and OTTO C. HEINZE et al., Appellants.

*Howell* v. *Christlieb*, 150 App. Div. 926, appeal dismissed.
(Submitted October 3, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1912, which affirmed an order of Special Term denying a motion to set aside a judgment.

*Franklin Bien* for appellants.

*Benjamin N. Cardozo, Herbert R. Limburg* and *Morris J. Hirsch* for respondent.

Appeal dismissed, with costs; no opinion.

Concur : CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SEA BEACH RAILWAY COMPANY, Appellant, v. CLARK WILLIAMS, as Comptroller of the State of New York, Respondent.

*People ex rel. Sea Beach Ry. Co.* v. *Williams*, 150 App. Div. 894, affirmed.
(Argued October 3, 1912; decided October 22, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 11, 1912, which confirmed, on certiorari, a determination of the defendant refusing to revise and readjust franchise taxes assessed against the relator.